**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                               CIV. NO. 17-0001 KG/JHR

$5,206.15 IN FUNDS FROM TWO BANK OF
AMERICA ACCOUNTS IN THE NAME OF
JOSEPH OSEI PROP DBA AGENDA BUSINESS
MANAGEMENT,

    *Defendants*,
and

JOSEPH OSEI,

    *Claimant*.

**DEFAULT JUDGMENT AND ORDER OF FORFEITURE**

This matter having come before the Court on the United States' Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court having reviewed the motion and other material matters on file and being fully advised in the premises, FINDS:

1. The statements contained in the Request for Clerk's Entry of Default (Praecipe) (Doc. 4), the Clerk's Entry of Default (Doc. 6), and the Motion for Default Judgment (Doc. 10) are true.

2. This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Default Judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Default Judgment is entered in favor of the United States.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all right, title and interest in the Defendant Funds is forfeited to the United States and title thereto is vested in the United States.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
*Electronically submitted 2/16/2018*
STEPHEN R. KOTZ
Assistant U.S. Attorney